1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Gerardo Hernandez

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO HERNANDEZ, | No. 3:19-cv-06693-WHO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| AVTAR HEEREY dba SUBWAY #644; MANJIT HEEREY dba SUBWAY #644; TERESO B. GOMEZ, Trustee of THE GOMEZ FAMILY TRUST dated November 13, 2001; JANE G. GOMEZ, Trustee of THE GOMEZ FAMILY TRUST dated November 13, 2001; INDERPAL AULAKH dba SUBWAY #644; SHARANJIT AULAKH dba SUBWAY #644; | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Avtar Heerey dba Subway #644; Manjit Heerey dba Subway #644; Tereso B. Gomez, Trustee of the Gomez Family Trust dated November 13, 2001; Jane G. Gomez, Trustee of the Gomez Family Trust dated November 13, 2001; Inderpal Aulakh dba Subway #644; and Sharanjit Aulakh dba Subway #644, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: June 4, 2021         MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　Gerardo Hernandez

Dated: June 4, 2021         COLLINS & KHAN LLP

　　　　　　　　　　　　　　　*/s/ Marc A. Collins*
　　　　　　　　　　　　　　　Marc A. Collins
　　　　　　　　　　　　　　　Azim Khanmohamed
　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　Avtar Heerey dba Subway #644; Manjit Heerey dba Subway #644; Tereso B. Gomez, Trustee of the Gomez Family Trust dated November 13, 2001; Jane G. Gomez, Trustee of the Gomez Family Trust dated November 13, 2001

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　Gerardo Hernandez